COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| Luis Castruita, | § | No. 08-16-00030-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D02055) |

# **O R D E R**

The supplemental reporter's record was due to be filed on December 14, 2016. The court reporter Lisa DeMello, submitted the supplemental reporter's record for filing, but it was rejected because it was not prepared in accordance with the Uniform Format Manual for Texas Reporters Records. On January 11, 2017, Ms. DeMello was again asked to make the necessary corrections and to file a request for extension of time. As of January 23, 2017 no supplemental reporter's record or extension of time has been received. Therefore, the trial court is ORDERED to conduct a hearing and to enter findings as to why the supplemental reporter's record has not been filed with the requirements set out in the Uniform Format Manual for Texas Reporters Records. The transcription of the hearing and the trial court's findings shall be prepared, certified and filed with this Court on or before February 22, 2017.

IT IS SO ORDERED this 23rd day of January, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.